**5473**

| Employee | | | | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| James P Tragone, 1555 Silo Road, Yardley, PA 19067 | | | | | Married/Withhold | Fed-2/0/PA-0/0 |
| | | | | | Pay Period: 06/04/2017 - 06/10/2017 | Pay Date: 06/16/2017 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| MG Salary | | | 1,500.00 | 36,000.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Folcroft EIT Act 32 231103 | -15.00 | -360.00 |
| Folcroft LST Act 7 | -1.00 | -24.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -159.00 | -3,816.00 |
| Social Security Employee | -93.00 | -2,232.00 |
| Medicare Employee | -21.75 | -522.00 |
| PA - Withholding | -46.05 | -1,105.20 |
| PA - Unemployment Employee | -1.05 | -25.20 |
| | -336.85 | -8,084.40 |

| Net Pay | 1,163.15 | 27,915.60 |
|---|---|---|

G WORLD INC., 434 PRIMOS AVE, FOLCROFT, PA 19032, "G" WORLD INC.   Powered by Intuit Payroll

---

G WORLD INC  **5507**

| Employee | | | | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| James P Tragone, 1555 Silo Road, Yardley, PA 19067 | | | | | Married/Withhold | Fed-2/0/PA-0/0 |
| | | | | | Pay Period: 06/11/2017 - 06/17/2017 | Pay Date: 06/23/2017 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| MG Salary | | | 1,500.00 | 37,500.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Folcroft EIT Act 32 231103 | -15.00 | -375.00 |
| Folcroft LST Act 7 | -1.00 | -25.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -159.00 | -3,975.00 |
| Social Security Employee | -93.00 | -2,325.00 |
| Medicare Employee | -21.75 | -543.75 |
| PA - Withholding | -46.05 | -1,151.25 |
| PA - Unemployment Employee | -1.05 | -26.25 |
| | -336.85 | -8,421.25 |

| Net Pay | 1,163.15 | 29,078.75 |
|---|---|---|

G WORLD INC., 434 PRIMOS AVE, FOLCROFT, PA 19032, "G" WORLD INC.   Powered by Intuit Payroll

---

G WORLD INC  **5551**

| Employee | | | | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| James P Tragone, 1555 Silo Road, Yardley, PA 19067 | | | | | Married/Withhold | Fed-2/0/PA-0/0 |
| | | | | | Pay Period: 06/18/2017 - 06/24/2017 | Pay Date: 06/30/2017 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| MG Salary | | | 1,500.00 | 39,000.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Folcroft EIT Act 32 231103 | -15.00 | -390.00 |
| Folcroft LST Act 7 | -1.00 | -26.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -159.00 | -4,134.00 |
| Social Security Employee | -93.00 | -2,418.00 |
| Medicare Employee | -21.75 | -565.50 |
| PA - Withholding | -46.05 | -1,197.30 |
| PA - Unemployment Employee | -1.05 | -27.30 |
| | -336.85 | -8,758.10 |

| Net Pay | 1,163.15 | 30,241.90 |
|---|---|---|

G WORLD INC., 434 PRIMOS AVE, FOLCROFT, PA 19032, "G" WORLD INC.   Powered by Intuit Payroll

G WORLD INC                                                                                                           5589

**Employee**
James P Tragone, 1555 Silo Road, Yardley, PA 19067

Status (Fed/State): Married/Withhold
Pay Period: 06/25/2017 - 07/01/2017

Allowances/Extra: Fed-2/0/PA-0/0
Pay Date: 07/07/2017

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| MG Salary | | | 1,500.00 | 40,500.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Folcroft EIT Act 32 231103 | -15.00 | -405.00 |
| Folcroft LST Act 7 | -1.00 | -27.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -159.00 | -4,293.00 |
| Social Security Employee | -93.00 | -2,511.00 |
| Medicare Employee | -21.75 | -587.25 |
| PA - Withholding | -46.05 | -1,243.35 |
| PA - Unemployment Employee | -1.05 | -28.35 |
| | -336.85 | -9,094.95 |
| Net Pay | 1,163.15 | 31,405.05 |

---

G WORLD INC                                                                                                           5629

**Employee**
James P Tragone, 1555 Silo Road, Yardley, PA 19067

Status (Fed/State): Married/Withhold
Pay Period: 07/02/2017 - 07/08/2017

Allowances/Extra: Fed-2/0/PA-0/0
Pay Date: 07/14/2017

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| MG Salary | | | 1,500.00 | 42,000.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Folcroft EIT Act 32 231103 | -15.00 | -420.00 |
| Folcroft LST Act 7 | -1.00 | -28.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -159.00 | -4,452.00 |
| Social Security Employee | -93.00 | -2,604.00 |
| Medicare Employee | -21.75 | -609.00 |
| PA - Withholding | -46.05 | -1,289.40 |
| PA - Unemployment Employee | -1.05 | -29.40 |
| | -336.85 | -9,431.80 |
| Net Pay | 1,163.15 | 32,568.20 |

G WORLD INC  434 PRIMOS AVE, FOLCROFT, PA 19032, "G" WORLD INC                                     Powered by Intuit Payroll

---

G WORLD INC                                                                                                           5667

**Employee**
James P Tragone, 1555 Silo Road, Yardley, PA 19067

Status (Fed/State): Married/Withhold
Pay Period: 07/09/2017 - 07/15/2017

Allowances/Extra: Fed-2/0/PA-0/0
Pay Date: 07/21/2017

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| MG Salary | | | 1,500.00 | 43,500.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Folcroft EIT Act 32 231103 | -15.00 | -435.00 |
| Folcroft LST Act 7 | -1.00 | -29.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -159.00 | -4,611.00 |
| Social Security Employee | -93.00 | -2,697.00 |
| Medicare Employee | -21.75 | -630.75 |
| PA - Withholding | -46.05 | -1,335.45 |
| PA - Unemployment Employee | -1.05 | -30.45 |
| | -336.85 | -9,768.65 |
| Net Pay | 1,163.15 | 33,731.35 |

G WORLD INC  434 PRIMOS AVE, FOLCROFT, PA 19032, "G" WORLD INC                                     Powered by Intuit Payroll

5780

| Employee | | | | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| James P Tragone, 1555 Silo Road, Yardley, PA 19067 | | | | | Married/Withhold | Fed-2/0/PA-0/0 |
| | | | | | Pay Period: 07/30/2017 - 08/05/2017 | Pay Date: 08/11/2017 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| MG Salary | | | 1,500.00 | 48,000.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Folcroft EIT Act 32 231103 | -15.00 | -480.00 |
| Folcroft LST Act 7 | -1.00 | -32.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -159.00 | -5,088.00 |
| Social Security Employee | -93.00 | -2,976.00 |
| Medicare Employee | -21.75 | -696.00 |
| PA - Withholding | -46.05 | -1,473.60 |
| PA - Unemployment Employee | -1.05 | -33.60 |
| | -336.85 | -10,779.20 |
| Net Pay | 1,163.15 | 37,220.80 |

G WORLD INC., 434 PRIMOS AVE, FOLCROFT, PA 19032, "G" WORLD INC.

Powered by Intuit Payroll

G WORLD INC

5742

| Employee | | | | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| James P Tragone, 1555 Silo Road, Yardley, PA 19067 | | | | | Married/Withhold | Fed-2/0/PA-0/0 |
| | | | | | Pay Period: 07/23/2017 - 07/29/2017 | Pay Date: 08/04/2017 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| MG Salary | | | 1,500.00 | 46,500.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Folcroft EIT Act 32 231103 | -15.00 | -465.00 |
| Folcroft LST Act 7 | -1.00 | -31.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -159.00 | -4,929.00 |
| Social Security Employee | -93.00 | -2,883.00 |
| Medicare Employee | -21.75 | -674.25 |
| PA - Withholding | -46.05 | -1,427.55 |
| PA - Unemployment Employee | -1.05 | -32.55 |
| | -336.85 | -10,442.35 |
| Net Pay | 1,163.15 | 36,057.65 |

G WORLD INC., 434 PRIMOS AVE, FOLCROFT, PA 19032, "G" WORLD INC.

Powered by Intuit Payroll

G WORLD INC

5703

| Employee | | | | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| James P Tragone, 1555 Silo Road, Yardley, PA 19067 | | | | | Married/Withhold | Fed-2/0/PA-0/0 |
| | | | | | Pay Period: 07/16/2017 - 07/22/2017 | Pay Date: 07/28/2017 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| MG Salary | | | 1,500.00 | 45,000.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Folcroft EIT Act 32 231103 | -15.00 | -450.00 |
| Folcroft LST Act 7 | -1.00 | -30.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -159.00 | -4,770.00 |
| Social Security Employee | -93.00 | -2,790.00 |
| Medicare Employee | -21.75 | -652.50 |
| PA - Withholding | -46.05 | -1,381.50 |
| PA - Unemployment Employee | -1.05 | -31.50 |
| | -336.85 | -10,105.50 |
| Net Pay | 1,163.15 | 34,894.50 |

G WORLD INC., 434 PRIMOS AVE, FOLCROFT, PA 19032, "G" WORLD INC.

Powered by Intuit Payroll

G WORLD INC    5896

| Employee | | | | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| James P Tragone, 1555 Silo Road, Yardley, PA 19067 | | | | | Married/Withhold | Fed-2/0/PA-0/0 |
| | | | | | Pay Period: 08/20/2017 - 08/26/2017 | Pay Date: 09/01/2017 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| MG Salary | | | 1,500.00 | 52,500.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Folcroft EIT Act 32 231103 | -15.00 | -525.00 |
| Folcroft LST Act 7 | -1.00 | -35.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -159.00 | -5,565.00 |
| Social Security Employee | -93.00 | -3,255.00 |
| Medicare Employee | -21.75 | -761.25 |
| PA - Withholding | -46.05 | -1,611.75 |
| PA - Unemployment Employee | -1.05 | -36.75 |
| | -336.85 | -11,789.75 |

Net Pay    1,163.15    40,710.25

G WORLD INC., 434 PRIMOS AVE, FOLCROFT, PA 19032, "G" WORLD INC.    Powered by Intuit Payroll

---

G WORLD INC    5818

| Employee | | | | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| James P Tragone, 1555 Silo Road, Yardley, PA 19067 | | | | | Married/Withhold | Fed-2/0/PA-0/0 |
| | | | | | Pay Period: 08/06/2017 - 08/12/2017 | Pay Date: 08/18/2017 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| MG Salary | | | 1,500.00 | 49,500.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Folcroft EIT Act 32 231103 | -15.00 | -495.00 |
| Folcroft LST Act 7 | -1.00 | -33.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -159.00 | -5,247.00 |
| Social Security Employee | -93.00 | -3,069.00 |
| Medicare Employee | -21.75 | -717.75 |
| PA - Withholding | -46.05 | -1,519.65 |
| PA - Unemployment Employee | -1.05 | -34.65 |
| | -336.85 | -11,116.05 |

Net Pay    1,163.15    38,383.95

G WORLD INC., 434 PRIMOS AVE, FOLCROFT, PA 19032, "G" WORLD INC.    Powered by Intuit Payroll

---

5856

G WORLD INC

| Employee | | | | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| James P Tragone, 1555 Silo Road, Yardley, PA 19067 | | | | | Married/Withhold | Fed-2/0/PA-0/0 |
| | | | | | Pay Period: 08/13/2017 - 08/19/2017 | Pay Date: 08/25/2017 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| MG Salary | | | 1,500.00 | 51,000.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Folcroft EIT Act 32 231103 | -15.00 | -510.00 |
| Folcroft LST Act 7 | -1.00 | -34.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -159.00 | -5,406.00 |
| Social Security Employee | -93.00 | -3,162.00 |
| Medicare Employee | -21.75 | -739.50 |
| PA - Withholding | -46.05 | -1,565.70 |
| PA - Unemployment Employee | -1.05 | -35.70 |
| | -336.85 | -11,452.90 |

Net Pay    1,163.15    39,547.10

G WORLD INC., 434 PRIMOS AVE, FOLCROFT, PA 19032, "G" WORLD INC.    Powered by Intuit Payroll

G WORLD INC                                                                                                                                  6008

| Employee | | | | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| James P Tragone, 1555 Silo Road, Yardley, PA 19067 | | | | | Married/Withhold | Fed-2/0/PA-0/0 |
| | | | | | Pay Period: 09/10/2017 - 09/16/2017 | Pay Date: 09/22/2017 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| MG Salary | | | 1,500.00 | 55,500.00 |
| MG Salary - Vacation | | | 0.00 | 1,500.00 |
| | | | 1,500.00 | 57,000.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Folcroft EIT Act 32 231103 | -15.00 | -570.00 |
| Folcroft LST Act 7 | -1.00 | -38.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -159.00 | -6,042.00 |
| Social Security Employee | -93.00 | -3,534.00 |
| Medicare Employee | -21.75 | -826.50 |
| PA - Withholding | -46.05 | -1,749.90 |
| PA - Unemployment Employee | -1.05 | -39.90 |
| | -336.85 | -12,800.30 |

| Net Pay | 1,163.15 | 44,199.70 |
|---|---|---|

G WORLD INC., 434 PRIMOS AVE, FOLCROFT, PA 19032, "G" WORLD INC.                                                    Powered by Intuit Payroll

---

G WORLD INC                                                                                                                                  5972

| Employee | | | | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| James P Tragone, 1555 Silo Road, Yardley, PA 19067 | | | | | Married/Withhold | Fed-2/0/PA-0/0 |
| | | | | | Pay Period: 09/03/2017 - 09/09/2017 | Pay Date: 09/15/2017 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| MG Salary - Vacation | | | 1,500.00 | 1,500.00 |
| MG Salary | | | 0.00 | 54,000.00 |
| | | | 1,500.00 | 55,500.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Folcroft EIT Act 32 231103 | -15.00 | -555.00 |
| Folcroft LST Act 7 | -1.00 | -37.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -159.00 | -5,883.00 |
| Social Security Employee | -93.00 | -3,441.00 |
| Medicare Employee | -21.75 | -804.75 |
| PA - Withholding | -46.05 | -1,703.85 |
| PA - Unemployment Employee | -1.05 | -38.85 |
| | -336.85 | -12,463.45 |

| Net Pay | 1,163.15 | 43,036.55 |
|---|---|---|

G WORLD INC., 434 PRIMOS AVE, FOLCROFT, PA 19032, "G" WORLD INC.                                                    Powered by Intuit Payroll

---

G WORLD INC                                                                                                                                  5932

| Employee | | | | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| James P Tragone, 1555 Silo Road, Yardley, PA 19067 | | | | | Married/Withhold | Fed-2/0/PA-0/0 |
| | | | | | Pay Period: 08/27/2017 - 09/02/2017 | Pay Date: 09/08/2017 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| MG Salary | | | 1,500.00 | 54,000.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Folcroft EIT Act 32 231103 | -15.00 | -540.00 |
| Folcroft LST Act 7 | -1.00 | -36.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -159.00 | -5,724.00 |
| Social Security Employee | -93.00 | -3,348.00 |
| Medicare Employee | -21.75 | -783.00 |
| PA - Withholding | -46.05 | -1,657.80 |
| PA - Unemployment Employee | -1.05 | -37.80 |
| | -336.85 | -12,126.60 |

| Net Pay | 1,163.15 | 41,873.40 |
|---|---|---|

G WORLD INC., 434 PRIMOS AVE, FOLCROFT, PA 19032, "G" WORLD INC.                                                    Powered by Intuit Payroll

G WORLD INC                                                                                                          6112

| Employee | | | | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| James P Tragone, 1555 Silo Road, Yardley, PA 19067 | | | | | Married/Withhold | Fed-2/0/PA-0/0 |
| | | | | | Pay Period: 10/01/2017 - 10/07/2017 | Pay Date: 10/13/2017 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| MG Salary | | | 1,500.00 | 60,000.00 |
| MG Salary - Vacation | | | 0.00 | 1,500.00 |
| | | | 1,500.00 | 61,500.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Folcroft EIT Act 32 231103 | -15.00 | -615.00 |
| Folcroft LST Act 7 | -1.00 | -41.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -159.00 | -6,519.00 |
| Social Security Employee | -93.00 | -3,813.00 |
| Medicare Employee | -21.75 | -891.75 |
| PA - Withholding | -46.05 | -1,888.05 |
| PA - Unemployment Employee | -1.05 | -43.05 |
| | -336.85 | -13,810.85 |

| Net Pay | 1,163.15 | 47,689.15 |
|---|---|---|

G WORLD INC., 434 PRIMOS AVE, FOLCROFT, PA 19032, "G" WORLD INC.                                  Powered by Intuit Payroll

---

G WORLD INC                                                                                                          6087

| Employee | | | | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| James P Tragone, 1555 Silo Road, Yardley, PA 19067 | | | | | Married/Withhold | Fed-2/0/PA-0/0 |
| | | | | | Pay Period: 09/24/2017 - 09/30/2017 | Pay Date: 10/06/2017 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| MG Salary | | | 1,500.00 | 58,500.00 |
| MG Salary - Vacation | | | 0.00 | 1,500.00 |
| | | | 1,500.00 | 60,000.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Folcroft EIT Act 32 231103 | -15.00 | -600.00 |
| Folcroft LST Act 7 | -1.00 | -40.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -159.00 | -6,360.00 |
| Social Security Employee | -93.00 | -3,720.00 |
| Medicare Employee | -21.75 | -870.00 |
| PA - Withholding | -46.05 | -1,842.00 |
| PA - Unemployment Employee | -1.05 | -42.00 |
| | -336.85 | -13,474.00 |

| Net Pay | 1,163.15 | 46,526.00 |
|---|---|---|

G WORLD INC., 434 PRIMOS AVE, FOLCROFT, PA 19032, "G" WORLD INC.                                  Powered by Intuit Payroll

---

G WORLD INC                                                                                                          6047

| Employee | | | | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| James P Tragone, 1555 Silo Road, Yardley, PA 19067 | | | | | Married/Withhold | Fed-2/0/PA-0/0 |
| | | | | | Pay Period: 09/17/2017 - 09/23/2017 | Pay Date: 09/29/2017 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| MG Salary | | | 1,500.00 | 57,000.00 |
| MG Salary - Vacation | | | 0.00 | 1,500.00 |
| | | | 1,500.00 | 58,500.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Folcroft EIT Act 32 231103 | -15.00 | -585.00 |
| Folcroft LST Act 7 | -1.00 | -39.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -159.00 | -6,201.00 |
| Social Security Employee | -93.00 | -3,627.00 |
| Medicare Employee | -21.75 | -848.25 |
| PA - Withholding | -46.05 | -1,795.95 |
| PA - Unemployment Employee | -1.05 | -40.95 |
| | -336.85 | -13,137.15 |

| Net Pay | 1,163.15 | 45,362.85 |
|---|---|---|

G WORLD INC., 434 PRIMOS AVE, FOLCROFT, PA 19032, "G" WORLD INC.                                  Powered by Intuit Payroll

G WORLD INC                                                                                                          6274

| Employee | | | | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| James P Tragone, 1555 Silo Road, Yardley, PA 19067 | | | | | Married/Withhold | Fed-2/0/PA-0/0 |
| | | | | | Pay Period: 10/29/2017 - 11/04/2017 | Pay Date: 11/10/2017 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| MG Salary | | | 1,500.00 | 66,000.00 |
| MG Salary - Vacation | | | 0.00 | 1,500.00 |
| | | | 1,500.00 | 67,500.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Folcroft EIT Act 32 231103 | -15.00 | -675.00 |
| Folcroft LST Act 7 | -1.00 | -45.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -159.00 | -7,155.00 |
| Social Security Employee | -93.00 | -4,185.00 |
| Medicare Employee | -21.75 | -978.75 |
| PA - Withholding | -46.05 | -2,072.25 |
| PA - Unemployment Employee | -1.05 | -47.25 |
| | -336.85 | -15,158.25 |
| Net Pay | 1,163.15 | 52,341.75 |

G WORLD INC., 434 PRIMOS AVE, FOLCROFT, PA 19032, "G" WORLD INC.                                    Powered by Intuit Payroll

---

G WORLD INC                                                                                                          6238

| Employee | | | | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| James P Tragone, 1555 Silo Road, Yardley, PA 19067 | | | | | Married/Withhold | Fed-2/0/PA-0/0 |
| | | | | | Pay Period: 10/22/2017 - 10/28/2017 | Pay Date: 11/03/2017 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| MG Salary | | | 1,500.00 | 64,500.00 |
| MG Salary - Vacation | | | 0.00 | 1,500.00 |
| | | | 1,500.00 | 66,000.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Folcroft EIT Act 32 231103 | -15.00 | -660.00 |
| Folcroft LST Act 7 | -1.00 | -44.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -159.00 | -6,996.00 |
| Social Security Employee | -93.00 | -4,092.00 |
| Medicare Employee | -21.75 | -957.00 |
| PA - Withholding | -46.05 | -2,026.20 |
| PA - Unemployment Employee | -1.05 | -46.20 |
| | -336.85 | -14,821.40 |
| Net Pay | 1,163.15 | 51,178.60 |

G WORLD INC, 434 PRIMOS AVE, FOLCROFT, PA 19032, "G" WORLD INC.                                     Powered by Intuit Payroll

---

G WORLD INC                                                                                                          6163

| Employee | | | | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| James P Tragone, 1555 Silo Road, Yardley, PA 19067 | | | | | Married/Withhold | Fed-2/0/PA-0/0 |
| | | | | | Pay Period: 10/08/2017 - 10/14/2017 | Pay Date: 10/20/2017 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| MG Salary | | | 1,500.00 | 61,500.00 |
| MG Salary - Vacation | | | 0.00 | 1,500.00 |
| | | | 1,500.00 | 63,000.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Folcroft EIT Act 32 231103 | -15.00 | -630.00 |
| Folcroft LST Act 7 | -1.00 | -42.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -159.00 | -6,678.00 |
| Social Security Employee | -93.00 | -3,906.00 |
| Medicare Employee | -21.75 | -913.50 |
| PA - Withholding | -46.05 | -1,934.10 |
| PA - Unemployment Employee | -1.05 | -44.10 |
| | -336.85 | -14,147.70 |
| Net Pay | 1,163.15 | 48,852.30 |

G WORLD INC., 434 PRIMOS AVE, FOLCROFT, PA 19032, "G" WORLD INC.                                    Powered by Intuit Payroll

G WORLD INC                                                                                                                                 6355

| Employee | | | | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| James P Tragone, 1555 Silo Road, Yardley, PA 19067 | | | | | Married/Withhold | Fed-2/0/PA-0/0 |
| | | | | | Pay Period: 11/12/2017 - 11/18/2017 | Pay Date: 11/24/2017 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| MG Salary | | | 1,500.00 | 69,000.00 |
| MG Salary - Vacation | | | 0.00 | 1,500.00 |
| | | | 1,500.00 | 70,500.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Folcroft EIT Act 32 231103 | -15.00 | -705.00 |
| Folcroft LST Act 7 | -1.00 | -47.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -159.00 | -7,473.00 |
| Social Security Employee | -93.00 | -4,371.00 |
| Medicare Employee | -21.75 | -1,022.25 |
| PA - Withholding | -46.05 | -2,164.35 |
| PA - Unemployment Employee | -1.05 | -49.35 |
| | -336.85 | -15,831.95 |
| Net Pay | 1,163.15 | 54,668.05 |

G WORLD INC., 434 PRIMOS AVE, FOLCROFT, PA 19032, "G" WORLD INC.                                      Powered by Intuit Payroll

---

G WORLD INC                                                                                                                                 6318

| Employee | | | | | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|
| James P Tragone, 1555 Silo Road, Yardley, PA 19067 | | | | | Married/Withhold | Fed-2/0/PA-0/0 |
| | | | | | Pay Period: 11/05/2017 - 11/11/2017 | Pay Date: 11/17/2017 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| MG Salary | | | 1,500.00 | 67,500.00 |
| MG Salary - Vacation | | | 0.00 | 1,500.00 |
| | | | 1,500.00 | 69,000.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Folcroft EIT Act 32 231103 | -15.00 | -690.00 |
| Folcroft LST Act 7 | -1.00 | -46.00 |
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -159.00 | -7,314.00 |
| Social Security Employee | -93.00 | -4,278.00 |
| Medicare Employee | -21.75 | -1,000.50 |
| PA - Withholding | -46.05 | -2,118.30 |
| PA - Unemployment Employee | -1.05 | -48.30 |
| | -336.85 | -15,495.10 |
| Net Pay | 1,163.15 | 53,504.90 |

G WORLD INC, 434 PRIMOS AVE, FOLCROFT, PA 19032, "G" WORLD INC.                                       Powered by Intuit Payroll