St. Mary Medical Center   1201 Langhorne-Newtown Road Langhorne, PA 19047

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Lois M Tragone | St. Mary Medical Center | 5004505 | 11/19/2017 | 12/02/2017 | 12/08/2017 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,589.80 | 253.09 | 257.86 | 0.00 | 1,062.13 |
| YTD | 40,606.60 | 4,882.55 | 6,751.80 | 415.12 | 28,557.13 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular | 11/19/2017 - 12/02/2017 | 69 | 20 | 1,380.00 | 35,537.81 |
| Education/Training | | | 0 | | 40.00 |
| Weekend | 11/19/2017 - 11/25/2017 | 5.25 | 0.5 | 2.63 | 2.63 |
| Overtime | 11/26/2017 - 12/02/2017 | 0.5 | 30.4 | 15.20 | 467.23 |
| PTO | | | 0 | | 2,517.81 |
| PTO - Cash Out | | | 0 | | 782.80 |
| Holiday | 11/19/2017 - 12/02/2017 | 8 | 20 | 160.00 | 1,106.24 |
| Colleague Incentive | 11/26/2017 - 12/02/2017 | 0 | 0 | 31.97 | 152.08 |
| Earnings | | | | 1,589.80 | 40,606.60 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 88.79 | 2,273.17 |
| Medicare | 20.77 | 531.83 |
| Federal Withholding | 94.06 | 2,559.56 |
| State Tax - PA | 43.97 | 1,125.59 |
| SUI-Employee Paid - PA | 1.11 | 28.42 |
| City Tax - MDLTN | 7.16 | 183.33 |
| PA LST - MDLTN | 2.00 | 50.00 |
| Employee Taxes | 257.86 | 6,751.80 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Contribution | 95.39 | 940.05 |
| Dental - Delta | 14.45 | 361.25 |
| Medical - IBC | 132.27 | 3,306.75 |
| Vision - United Health Care | 10.98 | 274.50 |
| Pre Tax Deductions | 253.09 | 4,882.55 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Supplemental AD&D - The Hartford | 0.21 | 5.25 |
| Supplemental Child Life - The Hartford | 0.46 | 11.50 |
| Supplemental Life - The Hartford | 7.79 | 191.87 |
| Supplemental Life Spouse - The Hartford | 2.26 | 56.50 |
| VD Charitable Giving (ALL ANNUAL CAMPAIGN) | 6.00 | 72.00 |
| VD Charitable Giving (History Charity Deduction) | | 78.00 |
| Post Tax Deductions | 16.72 | 415.12 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER - Basic Life & AD&D Insurance - The Hartford | 1.36 | 16.20 |
| ER - Dental - Delta - NonTaxable | 14.45 | 361.25 |
| ER - Long Term Disability - The Hartford | 6.90 | 82.35 |
| ER - Medical - IBC - NonTaxable | 558.30 | 13,957.50 |
| Employer Paid Benefits | 581.01 | 14,417.30 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,432.10 | 36,664.10 |
| Medicare - Taxable Wages | 1,432.10 | 36,664.10 |
| Federal Withholding - Taxable Wages | 1,336.71 | 35,724.05 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| SMLPA Holiday | 16 | 8 | 16 |
| SMLPA Paid Time Off | 0 | 0 | 64.5 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| TD BANK, NA | TD BANK, NA ****9023 | ****9023 | | 1,062.13 USD |

**St. Mary Medical Center    1201 Langhorne-Newtown Road Langhorne, PA 19047**

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Lois M Tragone | St. Mary Medical Center | 5004505 | 07/02/2017 | 07/15/2017 | 07/21/2017 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,477.54 | 187.26 | 235.54 | 0.00 | 1,038.20 |
| YTD | 24,350.35 | 2,852.52 | 4,024.48 | 248.10 | 17,225.25 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular | 07/02/2017 - 07/15/2017 | 67.5 | 19.57 | 1,320.98 | 21,218.79 |
| Overtime | | 0 | | | 249.53 |
| PTO | | 0 | | | 1,237.81 |
| PTO - Cash Out | | 0 | | | 782.80 |
| Holiday | 07/02/2017 - 07/15/2017 | 8 | 19.57 | 156.56 | 782.80 |
| Colleague Incentive | | 0 | | | 78.62 |
| Earnings | | | | 1,477.54 | 24,350.35 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 81.83 | 1,353.06 |
| Medicare | 19.14 | 318.78 |
| Federal Withholding | 84.41 | 1,510.72 |
| State Tax - PA | 40.52 | 674.94 |
| SUI-Employee Paid - PA | 1.04 | 17.05 |
| City Tax - MDLTN | 6.60 | 109.93 |
| PA LST - MDLTN | 2.00 | 30.00 |
| Employee Taxes | 235.54 | 4,024.48 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Contribution | 29.56 | 487.02 |
| Dental - Delta | 14.45 | 216.75 |
| Medical - IBC | 132.27 | 1,984.05 |
| Vision - United Health Care | 10.98 | 164.70 |
| Pre Tax Deductions | 187.26 | 2,852.52 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Supplemental AD&D - The Hartford | 0.21 | 3.15 |
| Supplemental Child Life - The Hartford | 0.46 | 6.90 |
| Supplemental Life - The Hartford | 7.61 | 114.15 |
| Supplemental Life Spouse - The Hartford | 2.26 | 33.90 |
| VD Charitable Giving (ALL_ANNUAL CAMPAIGN) | 6.00 | 12.00 |
| VD Charitable Giving (History Charity Deduction) | | 78.00 |
| Post Tax Deductions | 16.54 | 248.10 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER - Basic Life & AD&D Insurance - The Hartford | 1.32 | 2.64 |
| ER - Dental - Delta - NonTaxable | 14.45 | 216.75 |
| ER - Long Term Disability - The Hartford | 6.75 | 13.50 |
| ER - Medical - IBC - NonTaxable | 558.30 | 8,374.50 |
| Employer Paid Benefits | 580.82 | 8,607.39 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,319.84 | 21,984.85 |
| Medicare - Taxable Wages | 1,319.84 | 21,984.85 |
| Federal Withholding - Taxable Wages | 1,290.28 | 21,497.83 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| SMLPA Holiday | 0 | 8 | 0 |
| SMLPA Paid Time Off | 0 | 0 | 128.5 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| TD BANK, NA | TD BANK, NA ******9023 | ******9023 | | 1,038.20 USD |

St. Mary Medical Center    1201 Langhorne-Newtown Road Langhorne, PA 19047

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Lois M Tragone | St. Mary Medical Center | 5004505 | 07/16/2017 | 07/29/2017 | 08/04/2017 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,565.60 | 189.02 | 258.40 | 0.00 | 1,101.64 |
| YTD | 25,915.95 | 3,041.54 | 4,282.88 | 264.64 | 18,325.69 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular | 07/16/2017 - 07/29/2017 | 80 | 19.57 | 1,565.60 | 22,784.39 |
| Overtime | | 0 | | | 249.53 |
| PTO | | 0 | | | 1,237.61 |
| PTO - Cash Out | | 0 | | | 782.80 |
| Holiday | | 0 | | | 782.80 |
| Colleague Incentive | | 0 | | | 78.62 |
| Earnings | | | | 1,565.60 | 25,915.95 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 87.29 | 1,450.39 |
| Medicare | 20.41 | 339.19 |
| Federal Withholding | 97.35 | 1,608.07 |
| State Tax - PA | 43.22 | 718.16 |
| SUI-Employee Paid - PA | 1.09 | 18.14 |
| City Tax - MDLTN | 7.04 | 116.97 |
| PA LST - MDLTN | 2.00 | 32.00 |
| Employee Taxes | 258.40 | 4,282.88 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Contribution | 31.32 | 518.34 |
| Dental - Delta | 14.45 | 231.20 |
| Medical - IBC | 132.27 | 2,116.32 |
| Vision - United Health Care | 10.98 | 175.68 |
| Pre Tax Deductions | 189.02 | 3,041.54 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Supplemental AD&D - The Hartford | 0.21 | 3.36 |
| Supplemental Child Life - The Hartford | 0.46 | 7.36 |
| Supplemental Life - The Hartford | 7.61 | 121.76 |
| Supplemental Life Spouse - The Hartford | 2.26 | 36.16 |
| VD Charitable Giving (ALL_ANNUAL CAMPAIGN) | 6.00 | 18.00 |
| VD Charitable Giving (History Charity Deduction) | | 78.00 |
| Post Tax Deductions | 16.54 | 264.64 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER - Basic Life & AD&D Insurance - The Hartford | 1.32 | 3.96 |
| ER - Dental - Delta - NonTaxable | 14.45 | 231.20 |
| ER - Long Term Disability - The Hartford | 6.75 | 20.25 |
| ER - Medical - IBC - NonTaxable | 558.30 | 8,932.80 |
| Employer Paid Benefits | 580.82 | 9,188.21 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,407.90 | 23,392.75 |
| Medicare - Taxable Wages | 1,407.90 | 23,392.75 |
| Federal Withholding - Taxable Wages | 1,376.58 | 22,874.41 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| SMI PA Holiday | 0 | 0 | 0 |
| SMI PA Paid Time Off | 0 | 0 | 126.5 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| TD BANK, NA | TD BANK, NA ******9023 | ******9023 | | 1,101.64 USD |

**St. Mary Medical Center** — 1201 Langhorne-Newtown Road Langhorne, PA 19047

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Lois M Tragone | St. Mary Medical Center | 5004505 | 08/13/2017 | 08/26/2017 | 09/01/2017 | |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,607.50 | 189.85 | 289.31 | 0.00 | 1,131.62 |
| YTD | 29,180.31 | 3,422.23 | 4,834.33 | 298.08 | 20,625.67 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular | 08/13/2017 - 08/26/2017 | 80 | 20 | 1,600.00 | 26,037.81 |
| Overtime | 08/20/2017 - 08/26/2017 | 0.25 | 30 | 7.50 | 257.03 |
| PTO | | | 0 | | 1,237.81 |
| PTO - Cash Out | | | 0 | | 782.60 |
| Holiday | | | 0 | | 786.24 |
| Colleague Incentive | | | 0 | | 78.62 |
| Earnings | | | | 1,607.50 | 29,180.31 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 89.89 | 1,633.19 |
| Medicare | 21.02 | 381.95 |
| Federal Withholding | 103.51 | 1,822.35 |
| State Tax - PA | 44.51 | 808.69 |
| SUI-Employee Paid - PA | 1.13 | 20.43 |
| City Tax - MDLTN | 7.25 | 131.72 |
| PA LST - MDLTN | 2.00 | 36.00 |
| Employee Taxes | 289.31 | 4,834.33 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Contribution | 32.15 | 583.63 |
| Dental - Delta | 14.45 | 260.10 |
| Medical - IBC | 132.27 | 2,380.86 |
| Vision - United Health Care | 10.98 | 197.64 |
| Pre Tax Deductions | 189.85 | 3,422.23 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Supplemental AD&D - The Hartford | 0.21 | 3.78 |
| Supplemental Child Life - The Hartford | 0.46 | 8.28 |
| Supplemental Life - The Hartford | 7.79 | 137.34 |
| Supplemental Life Spouse - The Hartford | 2.26 | 40.68 |
| VD Charitable Giving (ALL_ANNUAL CAMPAIGN) | 6.00 | 30.00 |
| VD Charitable Giving (History Charity Deduction) | | 78.00 |
| Post Tax Deductions | 16.72 | 298.08 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER - Basic Life & AD&D Insurance - The Hartford | 1.36 | 6.88 |
| ER - Dental - Delta - NonTaxable | 14.45 | 260.10 |
| ER - Long Term Disability - The Hartford | 6.90 | 34.05 |
| ER - Medical - IBC - NonTaxable | 558.30 | 10,049.40 |
| Employer Paid Benefits | 581.01 | 10,350.23 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,449.80 | 26,341.71 |
| Medicare - Taxable Wages | 1,449.80 | 26,341.71 |
| Federal Withholding - Taxable Wages | 1,417.65 | 25,758.08 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| SMLPA Holiday | 0 | 0 | 8 |
| SMLPA Paid Time Off | 0 | 0 | 128.5 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| TD BANK, NA | TD BANK, NA ******9023 | ******9023 | | 1,131.62 USD |

St. Mary Medical Center    1201 Langhorne-Newtown Road Langhorne, PA 19047

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Lois M Tragone | St. Mary Medical Center | 5004505 | 09/10/2017 | 09/23/2017 | 09/29/2017 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,600.00 | 189.70 | 267.35 | 0.00 | 1,126.23 |
| YTD | 32,421.80 | 3,802.46 | 5,383.49 | 331.52 | 22,904.33 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular | 09/10/2017 - 09/23/2017 | 64 | 20 | 1,280.00 | 27,957.81 |
| Overtime | | | 0 | | 257.03 |
| PTO | 09/10/2017 - 09/23/2017 | 16 | 20 | 320.00 | 2,357.81 |
| PTO - Cash Out | | | 0 | | 782.80 |
| Holiday | | | 0 | | 946.24 |
| Colleague Incentive | | | 0 | | 120.11 |
| Earnings | | | | 1,600.00 | 32,421.80 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 89.42 | 1,814.60 |
| Medicare | 20.91 | 424.38 |
| Federal Withholding | 102.41 | 2,036.94 |
| State Tax PA | 44.28 | 898.52 |
| SUI-Employee Paid - PA | 1.12 | 22.70 |
| City Tax - MDLTN | 7.21 | 146.35 |
| PA LS1 - MDLTN | 2.00 | 40.00 |
| Employee Taxes | 267.35 | 5,383.49 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Contribution | 32.00 | 648.46 |
| Dental - Delta | 14.45 | 289.00 |
| Medical - IBC | 132.27 | 2,645.40 |
| Vision - United Health Care | 10.98 | 219.60 |
| Pre Tax Deductions | 189.70 | 3,802.46 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Supplemental AD&D - The Hartford | 0.21 | 4.20 |
| Supplemental Child Life - The Hartford | 0.46 | 9.20 |
| Supplemental Life - The Hartford | 7.79 | 152.92 |
| Supplemental Life Spouse - The Hartford | 2.26 | 45.20 |
| VD Charitable Giving (ALL_ANNUAL CAMPAIGN) | 6.00 | 42.00 |
| VD Charitable Giving (History Charity Deduction) | | 78.00 |
| Post Tax Deductions | 16.72 | 331.52 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER - Basic Life & AD&D Insurance - The Hartford | 1.36 | 9.40 |
| ER - Dental - Delta - NonTaxable | 14.45 | 289.00 |
| ER - Long Term Disability - The Hartford | 6.90 | 47.85 |
| ER - Medical - IBC - NonTaxable | 558.30 | 11,166.00 |
| Employer Paid Benefits | 581.01 | 11,512.25 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,442.30 | 29,267.80 |
| Medicare - Taxable Wages | 1,442.30 | 29,267.80 |
| Federal Withholding - Taxable Wages | 1,410.30 | 28,619.34 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| SMLPA Holiday | 8 | 0 | 8 |
| SMLPA Paid Time Off | 0 | 16 | 72.5 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| TD BANK, NA | TD BANK, NA ******9023 | ******9023 | | 1,126.23 USD |

St. Mary Medical Center    1201 Langhorne-Newtown Road Langhorne, PA 19047

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Lois M Tragone | St. Mary Medical Center | 5004505 | 09/24/2017 | 10/07/2017 | 10/13/2017 | |

| | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,630.00 | 190.30 | 275.16 | 0.00 | 1,147.82 |
| YTD | 34,051.60 | 3,992.76 | 5,658.65 | 348.24 | 24,052.15 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular | 09/24/2017 - 10/07/2017 | 72 | 20 | 1,440.00 | 29,397.81 |
| Overtime | 10/01/2017 - 10/07/2017 | 1 | 30 | 30.00 | 287.03 |
| PTO | 09/24/2017 - 10/07/2017 | 8 | 20 | 160.00 | 2,517.61 |
| PTO - Cash Out | | 0 | | | 782.50 |
| Holiday | | 0 | | | 946.24 |
| Colleague Incentive | | 0 | | | 120.11 |
| Earnings | | | | 1,630.00 | 34,051.80 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 91.29 | 1,905.80 |
| Medicare | 21.35 | 445.73 |
| Federal Withholding | 106.82 | 2,143.76 |
| State Tax - PA | 46.20 | 943.72 |
| SUI-Employee Paid - PA | 1.14 | 23.64 |
| City Tax - MDLTN | 7.36 | 153.71 |
| PA LST - MDLTN | 2.00 | 42.00 |
| Employee Taxes | 275.16 | 5,658.65 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Contribution | 32.60 | 681.06 |
| Dental - Delta | 14.45 | 303.45 |
| Medical - IBC | 132.27 | 2,777.67 |
| Vision - United Health Care | 10.98 | 230.58 |
| Pre Tax Deductions | 190.30 | 3,992.76 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Supplemental AD&D - The Hartford | 0.21 | 4.41 |
| Supplemental Child Life - The Hartford | 0.46 | 9.66 |
| Supplemental Life - The Hartford | 7.79 | 160.71 |
| Supplemental Life Spouse - The Hartford | 2.26 | 47.46 |
| VD Charitable Giving (ALL_ANNUAL CAMPAIGN) | 6.00 | 48.00 |
| VD Charitable Giving (History Charity Deduction) | | 78.00 |
| Post Tax Deductions | 16.72 | 348.24 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER - Basic Life & AD&D Insurance - The Hartford | 1.36 | 10.76 |
| ER - Dental - Delta - NonTaxable | 14.45 | 303.45 |
| ER - Long Term Disability - The Hartford | 6.90 | 54.75 |
| ER - Medical - IBC - NonTaxable | 558.30 | 11,724.30 |
| Employer Paid Benefits | 581.01 | 12,093.26 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI  Taxable Wages | 1,472.30 | 30,740.10 |
| Medicare - Taxable Wages | 1,472.30 | 30,740.10 |
| Federal Withholding - Taxable Wages | 1,439.70 | 30,059.04 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| SMLPA Holiday | 0 | 0 | 8 |
| SMLPA Paid Time Off | 0 | 8 | 64.5 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| TD BANK, NA | TD BANK, NA ******9023 | ******9023 | | 1,147.82 USD |

St. Mary Medical Center 1201 Langhorne-Newtown Road Langhorne, PA 19047

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Lois M Tragone | St. Mary Medical Center | 5004500 | 10/22/2017 | 11/04/2017 | 11/10/2017 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,757.50 | 192.85 | 308.29 | 0.00 | 1,239.64 |
| YTD | 37,409.30 | 4,375.31 | 6,234.29 | 381.68 | 26,418.02 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular | 10/22/2017 - 11/04/2017 | 78 | 20 | 1,560.00 | 32,557.81 |
| Education/Training | 10/29/2017 - 11/04/2017 | 2 | 20 | 40.00 | 40.00 |
| Overtime | 10/22/2017 - 11/04/2017 | 5.25 | 30 | 157.50 | 444.53 |
| PTO | | 0 | | | 2,517.81 |
| PTO - Cash Out | | 0 | | | 782.80 |
| Holiday | | 0 | | | 946.24 |
| Colleague Incentive | | 0 | | | 120.11 |
| Earnings | | | | 1,757.50 | 37,409.30 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 99.19 | 2,094.60 |
| Medicare | 23.20 | 489.84 |
| Federal Withholding | 125.56 | 2,371.73 |
| State Tax - PA | 49.11 | 1,037.11 |
| SUI-Employee Paid - PA | 1.23 | 26.19 |
| City Tax - MDLTN | 8.00 | 168.92 |
| PA LST - MDLTN | 2.00 | 46.00 |
| Employee Taxes | 308.29 | 6,234.29 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Contribution | 35.15 | 748.21 |
| Dental - Delta | 14.45 | 332.35 |
| Medical - IBC | 132.27 | 3,042.21 |
| Vision - United Health Care | 10.98 | 252.54 |
| Pre Tax Deductions | 192.85 | 4,375.31 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Supplemental AD&D - The Hartford | 0.21 | 4.83 |
| Supplemental Child Life - The Hartford | 0.46 | 10.58 |
| Supplemental Life - The Hartford | 7.79 | 176.28 |
| Supplemental Life Spouse - The Hartford | 2.26 | 51.08 |
| VD Charitable Giving (ALL ANNUAL CAMPAIGN) | 6.00 | 60.00 |
| VD Charitable Giving (History Charity Deduction) | | 78.00 |
| Post Tax Deductions | 16.72 | 381.68 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER - Basic Life & AD&D Insurance - The Hartford | 1.36 | 13.48 |
| ER - Dental - Delta - NonTaxable | 14.45 | 332.35 |
| ER - Long Term Disability - The Hartford | 6.90 | 68.55 |
| ER - Medical - IBC - NonTaxable | 558.30 | 12,840.90 |
| Employer Paid Benefits | 581.01 | 13,255.28 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,599.80 | 33,782.20 |
| Medicare - Taxable Wages | 1,599.80 | 33,782.20 |
| Federal Withholding - Taxable Wages | 1,564.65 | 33,033.99 |

### Federal / State

| Marital Status | Married | | |
|---|---|---|---|
| Allowances | 1 | | 0 |
| Additional Withholding | 0 | | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| SMLPA Holiday | 0 | 0 | 8 |
| SMLPA Paid Time Off | 0 | 0 | 64.5 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| TD BANK NA | TD BANK, NA ******9023 | ******9023 | | 1,239.64 USD |

St. Mary Medical Center    1201 Langhorne-Newtown Road Langhorne, PA 19047

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Lois M Tragone | St. Mary Medical Center | 6004505 | 11/05/2017 | 11/18/2017 | 11/24/2017 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,607.50 | 254.15 | 259.65 | 0.00 | 1,076.98 |
| YTD | 39,016.80 | 4,629.46 | 6,493.94 | 398.40 | 27,495.00 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular | 11/05/2017 - 11/18/2017 | 80 | 20 | 1,600.00 | 34,157.61 |
| Education/Training | | | 0 | | 40.00 |
| Overtime | 11/12/2017 - 11/18/2017 | 0.25 | 30 | 7.50 | 462.03 |
| PTO | | | 0 | | 2,517.81 |
| PTO - Cash Out | | | 0 | | 762.80 |
| Holiday | | | 0 | | 946.24 |
| Colleague Incentive | | | 0 | | 120.11 |
| Earnings | | | | 1,607.50 | 39,016.80 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 89.88 | 2,184.38 |
| Medicare | 21.02 | 510.86 |
| Federal Withholding | 93.87 | 2,466.50 |
| State Tax - PA | 44.51 | 1,081.62 |
| SUI-Employee Paid - PA | 1.12 | 27.31 |
| City Tax - MDLTN | 7.25 | 176.17 |
| PA LST - MDLTN | 2.00 | 48.00 |
| Employee Taxes | 259.65 | 6,493.94 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Contribution | 96.45 | 844.65 |
| Dental - Delta | 14.45 | 346.80 |
| Medical - IBC | 132.27 | 3,174.48 |
| Vision - United Health Care | 10.98 | 263.52 |
| Pre Tax Deductions | 254.15 | 4,629.46 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Supplemental AD&D - The Hartford | 0.21 | 5.04 |
| Supplemental Child Life - The Hartford | 0.46 | 11.04 |
| Supplemental Life - The Hartford | 7.79 | 184.06 |
| Supplemental Life Spouse - The Hartford | 2.26 | 54.24 |
| VD Charitable Giving (ALL_ANNUAL CAMPAIGN) | 6.00 | 66.00 |
| VD Charitable Giving (History Charity Deduction) | | 78.00 |
| Post Tax Deductions | 16.72 | 398.40 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER - Basic Life & AD&D Insurance - The Hartford | 1.36 | 14.84 |
| ER - Dental - Delta - NonTaxable | 14.45 | 346.80 |
| ER - Long Term Disability - The Hartford | 6.90 | 75.45 |
| ER - Medical - IBC - NonTaxable | 558.30 | 13,399.20 |
| Employer Paid Benefits | 581.01 | 13,836.29 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,449.80 | 35,232.00 |
| Medicare - Taxable Wages | 1,449.80 | 35,232.00 |
| Federal Withholding - Taxable Wages | 1,353.35 | 34,387.34 |

### Federal

| | |
|---|---|
| Marital Status | Married |
| Allowances | 1 |
| Additional Withholding | 0 |

### State

| | |
|---|---|
| | 0 |
| | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| SMLPA Holiday | 0 | 0 | 8 |
| SMLPA Paid Time Off | 0 | 0 | 64.5 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| TD BANK, NA | TD BANK, NA *****9023 | *****9023 | | 1,076.98 USD |

Payslip: Lois M Tragone (5004505):  
12/16/2017 (Regular) - Complete

07:35 AM  
01/03/2018  
Page 1 of 2

### Company Information

| Name | Address |
|---|---|
| St. Mary Medical Center | 1201 Langhorne-Newtown Road<br>Langhorne, PA 19047<br>United States of America |

### Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|
| Lois M Tragone | 5004505 | 12/03/2017 | 12/16/2017 | 12/22/2017 | |

### Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 1,615.00 | 254.60 | 261.59 | 16.72 | 1,082.09 |
| YTD | 42,221.60 | 5,137.15 | 7,013.39 | 431.84 | 29,639.22 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular | 12/03/2017 - 12/16/2017 | 80.00 | 20.00 | 1,600.00 | 37,137.81 |
| Education/Training | | | | | 40.00 |
| Weekend | | | | | 2.63 |
| Overtime | 12/03/2017 - 12/16/2017 | 0.50 | 30.00 | 15.00 | 482.23 |
| PTO | | | | | 2,517.81 |
| PTO - Cash Out | | | | | 782.80 |
| Holiday | | | | | 1,106.24 |
| Colleague Incentive | | | | | 152.08 |
| Total | | | | 1,615.00 | 42,221.60 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 90.36 | 2,363.53 |
| Medicare | 21.13 | 552.76 |
| Federal Withholding | 94.93 | 2,654.59 |
| State Tax - PA | 44.74 | 1,170.33 |
| SUI-Employee Paid - PA | 1.14 | 29.56 |
| City Tax - MDLTN | 7.29 | 190.62 |
| PA LST - MDLTN | 2.00 | 52.00 |
| Total | 261.59 | 7,013.39 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 403b Contribution | 96.90 | 1,036.95 |
| Dental - Delta | 14.45 | 375.70 |
| Medical - IBC | 132.27 | 3,439.02 |
| Vision - United Health Care | 10.98 | 285.48 |
| Total | 254.60 | 5,137.15 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Supplemental AD&D - The Hartford | 0.21 | 5.46 |
| Supplemental Child Life - The Hartford | 0.46 | 11.96 |
| Supplemental Life - The Hartford | 7.79 | 199.66 |

Payslip: Lois M Tragone (5004505):
12/16/2017 (Regular) - Complete

07:35 AM
01/03/2018
Page 2 of 2

| Description | Amount | YTD |
|---|---|---|
| Supplemental Life Spouse - The Hartford | 2.26 | 58.76 |
| VD Charitable Giving (ALL_ANNUAL CAMPAIGN) | 6.00 | 78.00 |
| VD Charitable Giving (History Charity Deduction) | | 78.00 |
| Total: | 16.72 | 431.84 |

Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| ER - Basic Life & AD&D Insurance - The Hartford | 1.36 | 17.56 |
| ER - Dental - Delta - NonTaxable | 14.45 | 375.70 |
| ER - Long Term Disability - The Hartford | 6.90 | 89.25 |
| ER - Medical - IBC - NonTaxable | 558.30 | 14,515.80 |
| Total: | 581.01 | 14,998.31 |

Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,457.30 | 38,121.40 |
| Medicare - Taxable Wages | 1,457.30 | 38,121.40 |
| Federal Withholding - Taxable Wages | 1,360.40 | 37,084.45 |

Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 1 | 0 |
| Additional Withholding | 0 | 0 |

Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| SMLPA Holiday | 0.00 | 0.00 | 16.00 |
| SMLPA Paid Time Off | 0.00 | 0.00 | 64.50 |

| Payment | Bank | Account Name | Account Number | Amount in Pay Group Currency | Pay Group Currency |
|---|---|---|---|---|---|
| Payroll Payment: Lois M Tragone (5004505) - 12/22/2017 | TD BANK, NA | TD BANK, NA ******9023 | *****9023 | 1,082.09 | USD |
| | | | Total: | 1,082.09 | |