UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

JAMES P  TRAGONE

                                                 : Bankruptcy No. 17-18254JKF
    Debtor(s)                          : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

*/s/ Jean K. FitzSimon*

Jean K. FitzSimon, B. J.

**Date: May 16, 2018**

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

CAROL B MC CULLOUGH ESQ
MCCULLOUGH EISENBERG LLC
65 W STREET RD    SUITE A-204
WARMINSTER PA 18974-9140

JAMES P  TRAGONE
1555 SILO ROAD
YARDLEY,PA.19067