United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-18254-jkf
James P. Tragone                                                          Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 2          Date Rcvd: May 16, 2018
                             Form ID: pdf900         Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2018.
db           +James P. Tragone,    1555 Silo Road,   Yardley, Pa 19067-4259
cr           +Santander Consumer USA Inc.,    P.O. Box 961245,   Fort Worth, TX 76161-0244
14037288      Bank Of America, N.A.,   PO BOX 31785,   Tampa, FL 33631-3785
14049933     +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
14036459      Bill Kearney,   128 Walnut Dr,   Richboro, PA  18954-1520
14056060      CACH, LLC its successors and assigns as assignee,    of Wells Fargo Bank, N.A.,
              Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14048762     ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
              (address filed with court: Columbia Gas of Pennsylvania,    PO BOX 117,   Columbus OH 43216)
14036461      City of Washington - treasurer,    55 W Maiden St,   Washington, PA  15301-6911
14030860     +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14036464      McCullough Rubbish Removal,    PO Box 157,   Langhorne, PA  19047-0157
14036465     +Meenan,   113 Main St,   Tullytown, PA 19007-6192
14036466      Pennsylvania American Water,    PO Box 371412,   Pittsburgh, PA  15250-7412
14036467      SLS,   8742 Lucent Blvd Ste 300,    Littleton, CO  80129-2386
14036178     +Santander Consumer USA Inc.,    P.O Box 961245,   Fort Worth 76161-0244
14056635     +Thompkins VIST Bank,   Joseph L. Haines, Esq.,    38 North Sixth Street,    PO Box 8536,
              Reading PA 19603-8536
14036469      Tompkins Bank of New York,    29 Main St,   Le Roy, NY  14482-1444
14036470      Township of Lower Makefield,    1100 Edgewood Rd Ste A,   Yardley, PA  19067-1689

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov May 17 2018 02:23:23    City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 17 2018 02:22:55    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr           +E-mail/PDF: gecsedi@recoverycorp.com May 17 2018 02:17:40    Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14036460      E-mail/PDF: ais.bmw.ebn@americaninfosource.com May 17 2018 02:17:45    BMW Financial Services,
              regional service center,    PO Box 3608,   Dublin, OH  43016-0306
14036462      E-mail/Text: mrdiscen@discover.com May 17 2018 02:21:36    Discover,   PO Box 71084,
              Charlotte, NC  28272-1084
14029359      E-mail/Text: mrdiscen@discover.com May 17 2018 02:21:36    Discover Bank,
              Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
14036463      E-mail/Text: cio.bncmail@irs.gov May 17 2018 02:21:43    IRS,   600 Arch St,
              Philadelphia, PA  19106-1611
14035404      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 17 2018 02:18:26
              Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
14026249     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 17 2018 02:18:04
              PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14055766     +E-mail/Text: csc.bankruptcy@amwater.com May 17 2018 02:23:54    Pennsylvania American Water,
              PO BOX 578,   Alton IL 62002-0578
14029402     +E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 17 2018 02:22:18
              Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
              Harrisburg, PA 17128-0946
14036468      E-mail/PDF: gecsedi@recoverycorp.com May 17 2018 02:18:21    Synchrony Bank,   PO Box 965060,
              Orlando, FL  32896-5060
                                                                                       TOTAL: 12

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14036458      17-18254
smg*          Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
14042960*    +Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
              Harrisburg, PA 17128-0946
                                                                              TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2          User: ChrissyW          Page 2 of 2          Date Rcvd: May 16, 2018
                              Form ID: pdf900         Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2018 at the address(es) listed below:
          CAROL B. MCCULLOUGH    on behalf of Debtor James P. Tragone mccullougheisenberg@gmail.com,
          G25217@notify.cincompass.com
          CHRISTOS A. KATSAOUNIS    on behalf of Creditor   Commonwealth of Pennsylvania, Department of
          Revenue RA-occbankruptcy5@state.pa.us,  RA-occbankruptcy6@state.pa.us
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
          KEVIN G. MCDONALD    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
          Morgan Stanley ABS Capital I Inc. Trust 2006-HE3 Mortgage Pass-Through Certificates, Series
          2006-HE3 bkgroup@kmllawgroup.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee, et
          al... bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM EDWARD CRAIG    on behalf of Creditor   Santander Consumer USA Inc.
          ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                              TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :

JAMES P   TRAGONE

                                          : Bankruptcy No. 17-18254JKF
              Debtor(s)                   : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: May 16, 2018**

Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

CAROL B MC CULLOUGH ESQ
MCCULLOUGH EISENBERG LLC
65 W STREET RD     SUITE A-204
WARMINSTER PA 18974-9140

JAMES P   TRAGONE
1555 SILO ROAD
YARDLEY,PA.19067